**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MIRANDA R. STRICKLAND, | |
| Plaintiff, | |
| v. | Case No. 4:22-cv-01331 |
| AMSHER COLLECTION SERVICES, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MIRANDA R. STRICKLAND ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 27th day of May 2022.

Respectfully submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#3098183)
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

## <u>CERTIFICATE  OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
